manatt

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

Robert A. Jacobs
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4360
RJacobs@manatt.com

May 24, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    *Ett v. Spirit Music Group,* Case No. 1:24-cv-00676-MMG (SDNY)

Dear Judge Garnett:

    We have sought the Court's approval to be substituted in as counsel to Plaintiff Alan Ett in the above-referenced action, and respectfully write – with the consent of counsel for all Defendants – to request (i) leave for Mr. Ett to file a Second Amended Complaint (the "SAC") on or before June 27, 2024; and (ii) assuming the Court grants such leave, that Defendants' current deadline of May 28, 2024 to answer or otherwise respond to Mr. Ett's First Amended Complaint ("FAC") (Dkt. #16) ("Defendants' Current Initial Response Deadline") be taken off calendar, and that Defendants have 30 days to answer or otherwise respond to the SAC from the date on which Mr. Ett files the SAC. In the event the Court declines to grant Mr. Ett leave to file the SAC, the parties respectfully request that Defendants' Current Initial Response Deadline be extended to June 27, 2024.

    Mr. Ett commenced this action on January 30, 2024. (Dkt. #1.) On April 15, 2024, after the parties submitted a joint letter and proposed case management plan, the Court issued an Order, which, among other things, (i) directed Mr. Ett to file an amended complaint, if any, by April 26, 2024; and (ii) set Defendants' Current Initial Response Deadline. (Dkt. #16.) Plaintiff filed the FAC on April 26, 2024 (Dkt. #19), and Defendants currently must answer or otherwise respond to the FAC by May 28, 2024.[1]

    The parties respectfully submit that good cause exists for Mr. Ett's request for leave to file the SAC and the scheduling adjustments they seek based on the following: (i) Mr. Ett recently retained undersigned counsel, whose request to be substituted in as counsel in place of Cowan, DeBaets, Abrahams & Sheppard LLP is currently pending (Dkt. #20); (ii) since being retained, undersigned counsel has worked diligently and expeditiously to get up to speed on all issues underlying this matter, but requires a reasonable amount of additional time to do so; (iii)

---

[1] Because of Defendants' approaching filing deadline—and for that reason only—undersigned counsel submits this letter before the Court has approved the pending substitution request.

although Mr. Ett may wish to add new claims in the SAC, counsel for all parties currently are exploring a possible resolution of certain claims in the FAC that would help streamline this matter; and (iv) because no trial date or any date other than Defendants' Current Initial Response Deadline has been set in this matter, the relief sought likely will not have a material impact on the progression of this matter. This is the first request for the relief sought, and such relief is sought with the consent of all parties.

If the Court approves of our request, we respectfully ask that it "So Order" this letter. We thank the Court for its consideration of these matters.

Respectfully submitted,

/s/ Robert A. Jacobs

cc: All counsel (via ECF)

Dated: May 28, 2024
SO ORDERED:

_____
Hon. Margaret M. Garnett