USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN ETT,

                Plaintiff,

-against-

SPIRIT MUSIC GROUP, INC. et al.,

                Defendants.

24-CV-00676 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff has filed a Fourth Amended Complaint ("FAC"). In light of the FAC, the motion at Dkt. No. 36 is denied as moot.

      All Defendants must answer or respond to the FAC by **September 27, 2024**. To the extent Defendants Spirit Music Group, Inc. ("SMG") and Lyric Capital Management LP ("Lyric") intend to renew their motion to dismiss the unjust enrichment claim, they must, by **September 27, 2024**, (1) file a new or supplemental motion to dismiss; or (2) submit a letter on ECF stating that they are relying on the previously filed motion to dismiss. If SMG and Lyric choose to supplement their previous motion to dismiss, they may do so in a filing not to exceed **five pages**, which notes it incorporates by reference the previously-filed memorandum of law.

      The Clerk of Court is directed to terminate Dkt. No. 36.

Dated: September 16, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge