# manatt

**Robert A. Jacobs**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4360
rjacobs@manatt.com

October 8, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    *Ett v. Spirit Music Group, Inc.,* Case No. 1:24-cv-00676-MMG (SDNY)

Dear Judge Garnett:

    We represent Plaintiff Alan Ett in the above-referenced action, and respectfully write, on behalf of all parties, to (i) advise the Court that the parties have reached an agreement in principle to resolve this matter, subject to the preparation of mutually-acceptable settlement documentation, which the parties anticipate needing 30 days to finalize; and (ii) request that the Court adjourn, *sine die*, the initial pretrial conference currently scheduled for October 23, 2024 at 11:30 a.m. and all other deadlines in this action.

    If the Court approves of the parties' request, we respectfully ask that it "So Order" this letter. We thank the Court for its consideration of these matters.

    Respectfully submitted,

    Robert A. Jacobs

cc:    All counsel (via ECF)

SO ORDERED:

_____
Hon. Margaret M. Garnett

2049 Century Park East, Suite 1700, Los Angeles, California 90067  Tel: 310.312.4000  Fax: 310.312.4224

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Sacramento | San Diego | San Francisco | Silicon Valley | Washington, D.C.