UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN ETT,<br><br>            Plaintiff,<br><br>     v.<br><br>SPIRIT MUSIC GROUP, INC., SPIRIT MUSIC COLLECTIVE, LLC, SPIRIT CATALOGUE HOLDINGS SARL, SPIRIT MUSIC COLLECTIVE SARL, and LYRIC CAPITAL MANAGEMENT GROUP, LP,<br><br>            Defendants. | Case No.: 1:24-cv-676 |

### STIPULATION OF THE PARTIES, INCLUDING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO ALL PARTIES

This stipulation is entered into between Plaintiff and Counter-Defendant Alan Ett ("Plaintiff"), on the one hand, and Defendants and Counter-Claimants Spirit Music Group, Inc., Spirit Music Collective, LLC, Spirit Catalogue Holdings, SARL, Spirit TMC SARL (sued as Spirit Music Collective SARL) and Lyric Capital Management Group, LP (collectively, "Defendants"), on the other hand (individually a "Party"; collectively, the "Parties").

In accordance with the Court's Order of Dismissal dated October 10, 2024 (Dkt. No. 51), the above-captioned action was dismissed. By the Court's Order dated November 12, 2024 (Dkt. No. 53), the deadline for filing an application to reopen this matter was extended to November 22, 2024. The Parties to the above-captioned action have now settled and no Party will seek to reopen the action. Further, for the avoidance of doubt, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, on the one hand, and Defendants, on the other hand, through

their respective undersigned counsel, hereby agree that the above-captioned action shall be deemed dismissed in its entirety with prejudice as against each other, and without costs or attorneys' fees to any Party, and with all Parties waiving all rights of appeal.

Dated: New York, New York
November 20, 2024

MANATT, PHELPS & PHILLIPS, LLP

By: _____

Robert A. Jacobs
Samantha J. Katze
Sarah E. Moses (Admitted *Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
Email: RJacobs@manatt.com
Email: SKatze@manatt.com
Email: SMoses@manatt.com
*Attorneys for Plaintiff and Conter-Defendant Alan Ett*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____

Paul W. Garrity
Jonathan Stoler
pgarrity@sheppardmullin.com
jstoler@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

2